[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**

DEC 2 ? 2025

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

JOHN P. TOMKINS,
_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

WARDEN, FCI-Thomson,
_____

_____

_____

_____

(Enter above the full name of ALL
defendants in this action.  <u>Do not</u>
use "et al.")

25cv50530
Judge Iain D. Johnston
Magistrate Judge Margaret J. Schneider

CHECK ONE ONLY:

_____    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
**U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
**28 SECTION 1331 U.S. Code** (federal defendants)

__X__    **OTHER** (cite statute, if known)  28 U.S.C. §§ 1361, 2201 and/or
5 U.S.C. § 701

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**I.  Plaintiff(s):**

A.  Name:  __JOHN P. TOMKINS__

B.  List all aliases:  __N/A__

C.  Prisoner identification number:  __19421-424__

D.  Place of present confinement:  __Federal Correctional Institution__

E.  Address:  __P.O. Box 1002, Thomson, Illinois 61285__

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.  Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.  Defendant:  __WARDEN  (T. Thomas, acting warden)__

Title:  __WARDEN__

Place of Employment:  __Bureau of Prisons, FCI-Thomson__

B.  Defendant:  _____

Title:  _____

Place of Employment:  _____

C.  Defendant:  _____

Title:  _____

Place of Employment:  _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                            Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: JOHN P. TOMKINS v. U.S. BUREAU OF PRISONS, case no. 1:19-cv-01304-CRL (C.D. Ill.)

B. Approximate date of filing lawsuit: December 2019

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: U.S. Bureau of Prisons, Hugh J. Horwitz, Director, Jeffrey E. Krueger, Regional Director, Fredrick Entzel, Warden, Steven Kallis, former warden, Andrew Lamirand, Director of Education, FCI-Pekin.

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. District Court - Central Dist. Illinois

F. Name of judge to whom case was assigned: Honorable Sue E. Myerscough Honorable Colleen R. Lawless.

G. Basic claim made: Defendants are refusing to comply with the 28 C.F.R. § 544.100, which requires that library access at BOP facilities be "available daily, including evenings and weekends;"

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Case was improperly dismissed as moot after the BOP transferred Tomkins out of the C.D. Ill. The appeal of that decision is currently pending. See JOHN P. TOMKINS v. FEDERAL BUREAU OF PRISONS, no. 25-1528.

I. Approximate date of disposition: pending

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.) CONTINUATION PAGE

    A.) JOHN P. TOMKINS v. WARDEN LAMMER, FCI-Thomson, case no. 3:25-cv-50254 (N.D. Ill.)

    B.) May 2025

    C.) N/A

    D.) Warden Lammer, FCI-Thomson

    E.) U.S. District Court - Northern Dist. Illinois

    F.) Honorable Judge Rebecca R. Pallmeyer

    G.) Defendant is violating Tomkins' First Amendment rights by placing unreasonable restrictions on incoming inmate mail.

    H.) Case was dismissed without prejudice because it was filed pursuant to 28 U.S.C. § 2241, which is not allowed in the Seventh Circuit.
While the dismissal was appropriate under Seventh Circuit precedent, there is a Circuit split concerning whether a "condition of confinement" that does not effect the "fact or duration" of that confinement. Thus, the case is being appealed. See JOHN P. TOMKINS v. BRIAN LAMMER, no. 25-2275.

    I.) Disposition is pending.

Page 3.5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV.  Statement of Claim:

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

Despite all incoming inmate general correspondence being photo-copied and the inmate never receiving the original correspondence or the envelope that it was mailed in, FCI-Thomson rejects any inmate mail that is not sent on plain white paper and sent in a white envelope (among other restrictions). There is no peno-logical justification for this unconstitutional policy. See PETITION FOR A PRELIMINARY AND PERMANENT INJUNCTION, FOR REVIEW UNDER THE ADMINISTRATIVE PROCEDURES ACT, AND/OR FOR DECLARATORY JUDGMENT.

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

5                                                    Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## V.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Issue a preliminary and permanent injunction prohibiting FCI-
Thomson from perpetuating this unconstitutional policy.

VI.  The plaintiff demands that the case be tried by a jury.  ☐ YES  ☒ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  25th  day of November 20 25

(Signature of plaintiff or plaintiffs)

JOHN P. TOMKINS
(Print name)

19421-424
(I.D. Number)
Federal Correctional Institution

P.O. Box 1002

Thomson, Illinois 61285
(Address)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]